RECEIVED

SEP - 1 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANGELA KUPKA,                 Civil Action No. 15-4422(AET)
      Plaintiff(s),

ORDER

HOME DEPOT, ET AL.,
      Defendant(s),

It appearing that it has been reported to the Court that the above captioned action has been settled in its entirety;

IT IS on this 2nd day of September, 2015,

ORDERED THAT:

(1) This action is hereby DISMISSED without costs and without prejudice to the right, upon motion and good cause shown within 60 days, to reopen this action if the settlement is not consummated; and

(2) If any party shall move to set aside this Order of Dismissal as provided in the above paragraph or pursuant to the provisions of Fed.R.Civ.P. 60 (b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between all parties.

*Anne E. Thompson*

Anne E. Thompson, United States District Judge